UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELA MEADE,

        Plaintiff,

                                            Case No. 1:19-cv-196

v.

                                            HONORABLE PAUL L. MALONEY

ANGLE ASSET MANAGEMENT, LLC,
et al.,

        Defendants,

_____/

## <u>DEFAULT JUDGMENT</u>

       Pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of Plaintiff and

against Defendant Dewayne Jevaughn Reddick in the amount of $3,500.00.

**This judgment resolves all pending claims and closes the cases.**

Date:  August 27, 2019                        /s/ Paul L. Maloney
                                          Paul L. Maloney
                                          United States District