UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA MEADE,  )  <br> Plaintiff, ) <br> ) <br> -v- ) <br> ) <br> ANGLE ASSET MANAGEMENT, LLC, ) <br> et al., ) <br> Defendants. ) <br> _____ ) | No. 1:19-cv-196 <br><br> HONORABLE PAUL L. MALONEY |

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered in favor of Plaintiff and against Defendant Dewayne Jevaughn Reddick in the amount of $12,878.21.

**IT IS SO ORDERED.**

Date:  October 29, 2020                      /s/ Paul L. Maloney
                                             Paul L. Maloney
                                             United States District Judge